A. H. STONE, CHAIRMAN, STATE TAX COMMISSION, *v.* G. L. BROWNE.

(In Banc. April 14, 1947.)

[30 So. (2d) 96. No. 36145.]

**J. H. Sumrall**, of Jackson, for appellant.

**W. E. Gore**, of Jackson, **R. L. Genin**, of Bay St. Louis, **J. M. Talbot**, of Clarksdale, **T. N. Gore** and **Ney M. Gore, Jr.**, both of Marks, and **Tally D. Riddell**, of Meridian, for appellee.

**Roberds, J.**, delivered the opinion of the court.

The above-styled case is controlled by the decision in the case of A. H. Stone, Chairman, State Tax Commission, v. McKay Plumbing Co., 200 Miss. 792, 30 So. (2d) 91.

Suggestion of error sustained and judgment affirmed.